# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| LISA GOODWIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION FILE NO. |
| v. ) | 1:21-cv-01216-ELR-LTW |
| ) | |
| BOVILLA LLC, d/b/a ) | JURY TRIAL DEMANDED |
| BOJANGLES ) | |
| ) | |
| Defendant. ) | |

## STIPULATION OF DISMISSAL

COME NOW, the Plaintiff and the Defendant herein, and, pursuant to the provisions of Fed. R. Civ. P. 41 and hereby dismiss the above-styled civil action WITH PREJUDICE. Each party to pay its own fees, costs, and expenses.

Respectfully submitted this 30th day of September 2021.

WE CONSENT AND SO STIPULATE:

__s/ Artur Davis_____  
Artur Davis  
Admitted Pro Hac Vice  
Telephone: 404.220.9165  
adavis@hkm.com  

___s/ James M. McCabe_____  
James M. McCabe  
Georgia Bar No. 724618  
The McCabe Law Firm, PC  
3355 Lenox Road

| | |
|---|---|
| Jermaine "Jay" Walker | Suite 750 |
| Georgia Bar No. 142044 | Atlanta, GA 30326 |
| Telephone: 404.301.4020 | T: (404)250-3233 |
| jwalker@hkm.com | F: (404)-400-1724 |
| HKM Employment Attorneys LLP | E:  jim@mccabe-lawfirm.com |
| 3355 Lenox Rd. N.E., Suite 705 | |
| Atlanta GA 30326 | |
| | |
| Attorneys for Plaintiff | Counsel for Defendant |